**Dismissed and Memorandum Opinion filed December 21, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00885-CV
_____

### KENNARD LAW, P.C., Appellant

### V.

### AL DAVIDSON; AMERICAN POSTAL WORKERS UNION, ALF-CIO, LOCAL 185; DEA ALBERTSON; COREY JASPER; BARBARA VAUGHNS; AND DIANN SCURLARK, Appellees

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-11524**

## MEMORANDUM OPINION

The notice of appeal in this matter was filed by Leslie Taylor and Kennard Law, P.C. Leslie Taylor was subsequently dismissed from the appeal for want of prosecution. No brief was filed on behalf of Kennard Law, P.C. Although Alfonso Kennard, Jr. is not a party to this appeal, he filed an appellate brief.

In an order dated November 4, 2021, we gave Alfonso Kennard, Jr. ten days to file an amended notice of appeal. *See* Tex. R. App. 25.1(g). In the same order,

we stated that if a brief was not filed on behalf of Kennard Law, P.C. within ten days, its appeal would be dismissed for want of prosecution. *See* Tex. R. App. 42.3(b).

Significantly more than ten days has passed and Alfonso Kennard, Jr. has not filed an amended notice of appeal and Kennard Law, P.C. has not filed a brief. Accordingly, we order Alfonso Kennard, Jr.'s brief stricken as he is not a party to this appeal. We further dismiss the appeal for want of prosecution.


PER CURIAM

Panel consists of Justices Bourliot, Zimmerer, and Spain.

2